UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKIE EARL BURNS,

    Plaintiff,

vs.

Case No. 10-CV-12536
HON. GEORGE CARAM STEEH

ANN ARBOR CREDIT BUREAU,

    Defendant.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Rickie Earl Burns filed this action in Washtenaw County Circuit Court, and defendant Ann Arbor Credit Bureau removed the action to this court. Plaintiff's complaint alleges violations of the Fair Debt Collection Practices Act ("FDCPA"), his due process rights under the Fourteenth Amendment, and various state statutes. The complaint alleges that after his delinquent medical bills were referred to defendant collection agency, defendant violated the FDCPA by refusing his requests for verification of the debts, and violated various state statutes by providing misleading information.

    The matter is before the court on defendant's motion for summary judgment [doc. 27]. The Magistrate Judge issued a report and recommendation which recommends that this court grant defendant's motion, dismiss the case with prejudice, and deny as moot defendant's earlier motion for judgment on the pleadings [doc. 9]. The court has reviewed the file, record, and magistrate judge's report and recommendation. Objections to that report have not been filed by plaintiff within the established time

period.[1]  The court accepts the magistrate judge's report and recommendation for the reason that plaintiff has failed to state a claim upon which relief may be granted, as further explained in the report.

IT IS ORDERED that the magistrate judge's report and recommendation is ACCEPTED.

IT IS FURTHER ORDERED that summary judgment is GRANTED for defendant.

SO ORDERED.

Dated:  August 31, 2011

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 31, 2011, by electronic and/or ordinary mail and also to Rickie Earl Burns at 1771 Dorothy Street, Ypsilanti, MI 48198.

S/Marcia Beauchemin
Deputy Clerk

---

[1] The report and recommendation was mailed to plaintiff on August 16, 2011 at the address on file with the court, and was returned as "undeliverable" on August 24, 2011.  The court has not been provided with an alternate address for plaintiff.  Local Rule 11.2 requires parties who are not represented by counsel to provide notification of a change of address:  "If there is a change in the contact information, that person promptly must file and serve a notice with the new contact information."