UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKIE EARL BURNS,

    Plaintiff,

vs.

                              Case No. 10-CV-12536
                              HON. GEORGE CARAM STEEH

ANN ARBOR CREDIT BUREAU,

    Defendant.
_____/

ORDER GRANTING DEFENDANT'S MOTION
FOR ATTORNEY FEES AND COSTS [DOC. 36]

      Plaintiff Rickie Earl Burns filed this action alleging violations of the Fair Debt Collection Practices Act ("FDCPA") and various state statutes. The complaint alleges that after plaintiff's delinquent medical bills were referred to defendant collection agency, defendant violated the FDCPA by refusing plaintiff's requests for verification of the debts, and violated state statutes by providing misleading information. This court granted summary judgment to defendant, finding that the complaint and response to the summary judgment motion failed to make out a discernable claim, and failed to provide any documentation which would support any claim.

      The matter is before the court on defendant's motion for attorney fees and costs pursuant to 15 U.S.C. § 1692k(a)(3). Plaintiff has not responded to the motion. The report and recommendation and the order accepting the report and recommendation were both returned as undeliverable. See Docket Entries 32 and 35. Plaintiff has failed to notify the court and defendant of a residence change.

      The court has reviewed defendant's motion for attorney fees and costs.

Defendant documents fees incurred in the amount of $12,797.50, with hourly rates of $195 and $175.  Costs incurred in defending the case are $879.98.  The court finds that the fees and costs sought by defendant, totaling $13,677.48, are reasonable, both in terms of hourly rate and hours expended on litigation.  Now, therefore,

IT IS HEREBY ORDERED that defendant's motion for attorney fees and costs in the amount of $13,677.48 is GRANTED

So ordered.


Dated:  November 8, 2011

                                      S/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 8, 2011, by electronic and/or ordinary mail and also to Rickie Earl Burns at 1771 Dorothy Street, Ypsilanti, MI 48198.

S/Marcia Beauchemin
Deputy Clerk